**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | |
|---|---|
| TRUSTEES OF THE INDIANA STATE COUNCIL OF ROOFERS HEALTH AND WELFARE FUND, *et al.*,<br>            Plaintiffs,<br><br>       v.<br><br>ED RUTHERFORD ROOFING, INC.,<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)     CAUSE NO.: 4:18-CV-29-JVB-APR<br>)<br>)<br>) |

## ORDER

This matter is before the Court on Plaintiffs' Notice of Filing Documentation of Attorney

Fees and Costs [DE 35], filed on February 18, 2020. No response was filed.

On February 3, 2020, the Court granted summary judgment in favor of Plaintiffs, including

an award of attorney fees and costs under 29 U.S.C. § 1132(g)(2)(D). The Court directed Plaintiffs

to submit documentation of the amount and reasonableness of their fees and costs.

In their Notice, Plaintiffs indicate that they seek $13,770.50 in attorney fees and $400.00

in costs, and they support the amount and reasonableness of this request with the declarations of

their attorneys, Paul Stoehr and Robert A. Bohrer.

Finding the amount of costs and fees incurred reasonable and noting the lack of objection,

the Court **AWARDS** $13,770.50 in attorney fees and $400.00 in costs in favor of Plaintiffs and

against Defendant, pursuant to 29 U.S.C. § 1132(g)(2)(D).

SO ORDERED on March 10, 2020.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN, JUDGE
UNITED STATES DISTRICT COURT